RECEIVED
IN MONROE, LA
SEP 2 5 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| MIDCONTINENT EXPRESS PIPELINE LLC | * * | CIVIL ACTION NO. 08-1160 |
| Plaintiff, | * * | JUDGE JAMES |
| versus | * * | MAG. JUDGE HAYES |
| 1.68 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA (PIPELINE RIGHT-OF-WAY SERVITUDE); 1.5 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA; 23.73 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA; 2.0 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA; 3.61 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA; 8.05 ACRES OF LAND, MORE OR LESS, IN RICHLAND PARISH, LOUISIANA; 1.6 ACRES OF LAND, MORE OR LESS, IN OUACHITA PARISH, LOUISIANA; 1.51 ACRES OF LAND, MORE OR LESS, IN OUACHITA PARISH, LOUISIANA; 3.54 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 0.6 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 0.43 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 2.71 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 2.58 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 6.48 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 10.79 ACRES OF LAND, MORE OR LESS, IN CLAIBORNE PARISH, LOUISIANA; 2.23 ACRES OF LAND, MORE OR LESS, IN CLAIBORNE PARISH, LOUISIANA; 3.69 ACRES OF LAND, MORE OR LESS, IN CLAIBORNE PARISH, LOUISIANA; 13.49 ACRES OF LAND, MORE OR LESS, IN CLAIBORNE PARISH, LOUISIANA; 3.34 ACRES OF LAND, MORE OR LESS, IN WEBSTER PARISH, LOUISIANA; 3.09 ACRES OF LAND, MORE OR LESS, IN BOSSIER PARISH; 7.2 ACRES OF LAND, MORE OR LESS, IN CADDO PARISH, LOUISIANA; 2.44 ACRES OF LAND, MORE OR LESS, IN CADDO PARISH, LOUISIANA; 1.74 ACRES OF LAND, MORE OR LESS, IN BOSSIER PARISH, LOUISIANA; 4.97 ACRES OF LAND, MORE OR LESS, IN CADDO PARISH, LOUISIANA; 4.46 ACRES OF LAND, MORE OR LESS, IN CLAIBORNE PARISH, LOUISIANA; 0.84 ACRES OF LAND, MORE | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

OR LESS, IN RICHLAND PARISH, LOUISIANA; 8.54 *
ACRES OF LAND, MORE OR LESS, IN MADISON *
PARISH, LOUISIANA; 7.05 ACRES OF LAND, *
MORE OR LESS, IN CLAIBORNE PARISH, *
LOUISIANA; 2.33 ACRES OF LAND, MORE OR *
LESS, IN OUACHITA PARISH, LOUISIANA; ET AL. *
                                                             **Defendants.** *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

Considering the First Motion to Confirm Right to Condemn and For Immediate Possession [Doc. No. 23], Second Motion to Confirm Right to Condemn and For Immediate Possession [Doc. No. 31], and Third Motion to Confirm Right to Condemn and For Immediate Possession [Doc. No. 133] (collectively the "Motions"), filed by Midcontinent Express Pipeline LLC ("MEP"),

IT IS ORDERED that the Motions be and are hereby GRANTED with respect to the following tracts identified in the Appendices to MEP's Complaint for Condemnation of Pipeline Right-of-Way Servitude [Doc. No. 1], Amended Complaint for Condemnation of Pipeline Right-of-Way Servitude [Doc. No. 30], and Second Amended Complaint for Condemnation of Pipeline Right-of-Way Servitude [Doc. No. 132] (collectively the "Complaint"):

1.    LA-UN-216.002

2.    LA-UN-219.000

3.    LA-BS-012.S01

4.    LA-CD-027.000
      LA-CD-028.000

(collectively the "Property") and that, with respect to all other tracts identified in the appendices to the Complaint which are not the subject of this Judgment or this Court's September 5, 2008 Judgment, the Motions be and are hereby continued until October 8, 2008, at 10:00 a.m.;

IT IS FURTHER ORDERED that MEP has the substantive right under the Natural Gas Act, 15 U.S.C. §§ 717-717z, to condemn the right-of-way servitudes and temporary work spaces over the Property as those right-of-way servitudes and temporary work spaces are described in the Appendix to this Judgment (collectively the "Right-of-Way Servitudes");

IT IS FURTHER ORDERED that a preliminary injunction be and is hereby issued granting MEP immediate access to and possession of the Right-of-Way Servitudes for the purposes described in the Complaint, and that MEP may immediately begin pre-construction and construction related activities within the Right-of-Way Servitudes for the purpose of constructing, operating and maintaining the Midcontinent Express Pipeline;

IT IS FURTHER ORDERED that a trial or trials on the issue of just compensation to be paid, on a tract by tract basis, by MEP to Defendants with an interest in the Property will be set by the Court in due course, and after same, the Court will enter Judgment, vesting full ownership and title of the subject property rights in MEP upon the payment of just compensation.

Monroe, Louisiana, on this 25 day of September, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE