MINUTES OF PROCEEDING
ROBERT G. JAMES
U.S. DISTRICT JUDGE
October 3, 2008

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **MIDCONTINENT EXPRESS PIPELINE, LLC** | **CIVIL ACTION NO. 08-1160** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **1.68 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

\* \* \* \* \* \* \*

On October 3, 2008, the Court conducted a telephone status conference with Adam Zuckerman, counsel for Plaintiff, Midcontinent Express Pipeline, LLC; and Mac Wear, counsel for Defendant Joe Kenneth Newton. In order to accommodate the schedules of all counsel involved, the Court determined that the hearing on Defendants' pending motions to stay/abstain and the hearing on Plaintiff's Motion to Confirm Right to Condemn and for Immediate Possession should be continued. Counsel represented that John Hoychick, Jr., counsel for Defendants Paton David Parks and Jules W. Parks, III, consented to the continuance.

Following the conference, the Court's law clerk confirmed with counsel for Defendants Tracie Loraine Wilder and Lawson Wilder, Jr., that he is also available on this date and at this time.

Therefore, the hearings on certain of the Defendants' pending motions to stay/abstain [Doc. Nos. 143, 195, & 207] and the hearing on Plaintiff's Motion to Confirm Right to Condemn and for

Immediate Possession are hereby CONTINUED and RE-SET to October 9, 2008, at 9:00 A.M. on each of the following tracts:

| | | | |
|---|---|---|---|
| (1) | Tract No. LA-CL-046.000 | | Defendants Tracie Loraine Wilder & Lawson Wilder, Jr. |
| (2) | Tract No. LA-RC-085.001 | | Defendants James L. Brantley and Lillian Brantley |
| (3) | Tract No. LA-OC-202.000 | | Defendants Jules W. Parks, III and Paton David Parks |
| (4) | Tract No. LA-RC-085.000 | | Defendants Charles Allison Black, Debra Black Wilbanks, Sandra Allison Black, Jamie Elizabeth Black Burnsie, and Gaylen Greg Burnsie |
| (5) | Tract No. LA-MD-060.000 | | Defendant Joe Kenneth Newton |

If any of the parties reach agreement prior to the hearing, counsel are asked to notify Chambers.

The conference concluded after fifteen (15) minutes.

RGJ