RECEIVED
IN MONROE, LA
NOV 3 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| MIDCONTINENT EXPRESS PIPELINE LLC | * * | CIVIL ACTION NO. 08-1160 |
| Plaintiff, | * * | JUDGE JAMES |
| versus | * * | MAG. JUDGE HAYES |
| 1.68 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA (PIPELINE RIGHT-OF-WAY SERVITUDE); 1.5 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA; 23.73 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA; 2.0 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA; 3.61 ACRES OF LAND, MORE OR LESS, IN MADISON PARISH, LOUISIANA; 8.05 ACRES OF LAND, MORE OR LESS, IN RICHLAND PARISH, LOUISIANA; 1.6 ACRES OF LAND, MORE OR LESS, IN OUACHITA PARISH, LOUISIANA; 1.51 ACRES OF LAND, MORE OR LESS, IN OUACHITA PARISH, LOUISIANA; 3.54 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 0.6 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 0.43 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 2.71 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 2.58 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 6.48 ACRES OF LAND, MORE OR LESS, IN UNION PARISH, LOUISIANA; 10.79 ACRES OF LAND, MORE OR LESS, IN CLAIBORNE PARISH, LOUISIANA; 2.23 ACRES OF LAND, MORE OR LESS, IN CLAIBORNE PARISH, LOUISIANA; 3.69 ACRES OF LAND, MORE OR LESS, IN CLAIBORNE PARISH, LOUISIANA; 13.49 ACRES OF LAND, MORE OR LESS, IN CLAIBORNE PARISH, LOUISIANA; 3.34 ACRES OF LAND, MORE OR LESS, IN WEBSTER PARISH, LOUISIANA; 3.09 ACRES OF LAND, MORE OR LESS, IN BOSSIER PARISH; 7.2 ACRES OF LAND, MORE OR LESS, IN CADDO PARISH, LOUISIANA; 2.44 ACRES OF LAND, MORE OR LESS, IN CADDO PARISH, LOUISIANA; 1.74 ACRES OF LAND, MORE OR LESS, IN BOSSIER PARISH, LOUISIANA; 4.97 ACRES OF LAND, MORE | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

OR LESS, IN CADDO PARISH, LOUISIANA; 4.46　*
ACRES OF LAND, MORE OR LESS, IN CLAIBORNE　*
PARISH, LOUISIANA; 0.84 ACRES OF LAND, MORE　*
OR LESS, IN RICHLAND PARISH, LOUISIANA; 8.54　*
ACRES OF LAND, MORE OR LESS, IN MADISON　*
PARISH, LOUISIANA; 7.05 ACRES OF LAND,　*
MORE OR LESS, IN CLAIBORNE PARISH,　*
LOUISIANA; 2.33 ACRES OF LAND, MORE OR　*
LESS, IN OUACHITA PARISH, LOUISIANA; 3.01　*
ACRES OF LAND, MORE OR LESS, IN BOSSIER　*
PARISH, LOUISIANA ET AL.　*
　　　　　　　　　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　**Defendants.**　　　　　　　　*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

Considering the Fifth Motion to Confirm Right to Condemn and For Immediate Possession, [Doc. No. 238], filed by Midcontinent Express Pipeline LLC ("MEP"),

IT IS ORDERED that the Motion be and is hereby GRANTED with respect to the tract of land referred to as LA-BS-074.S01 (the "Property") and identified in the Appendix-Part 5 to MEP's Fourth Amended Complaint for Condemnation of Pipeline Right-of-Way Servitude (the "Complaint"), [Doc. No. 236]:

IT IS FURTHER ORDERED that MEP has the substantive right under the Natural Gas Act, 15 U.S.C. §§ 717-717z, to condemn the right-of-way servitude and temporary work space over the Property as that right-of-way servitude and temporary work space is described in the Appendix to this Judgment (the "Right-of-Way Servitude");

IT IS FURTHER ORDERED that a preliminary injunction be and is hereby issued granting MEP immediate access to and possession of the Right-of-Way Servitude for the purposes described in the Complaint, and that MEP may immediately begin pre-construction and construction related activities within the Right-of-Way Servitude for the purpose of constructing, operating and maintaining the Midcontinent Express Pipeline; and

IT IS FURTHER ORDERED that a trial on the issue of just compensation to be paid by MEP to Defendants with an interest in the Property will be set by the Court in due course, and after same, the Court will enter Judgment, vesting full ownership and title of the subject property rights in MEP upon the payment of just compensation.

Monroe, Louisiana, on this 3 day of ~~October~~ November, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE